AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**MIZGIN GOL**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)  Case No. 8:25-MJ-167 (GLF)<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN - 3 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of June 1, 2025, in the county of Franklin in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325 (a)(2) | The defendant, an alien and citizen of Turkey, unlawfully eluded examination and inspection by Immigration officials by entering the United States at a place not authorized for the entrance of immigrants. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
*Complainant's signature*
Border Patrol Agent John Hanley
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: June 3, 2025

_____
*Judge's signature*

City and State: Plattsburgh, New York

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

This criminal complaint is based on these facts:

On June 1, 2025, Border Patrol Agents (BPA) were conducting plain clothes surveillance near a motel in Fort Covington, NY. This motel is known for illegal activity and is a common pickup location for subjects that have recently crossed into the United States illegally from Canada. While conducting surveillance, agents observed a silver Chevy Equinox bearing NY LSH 3749 pull into the motel parking. Agents observed two subjects exiting a motel room with backpacks and getting in the vehicle. The vehicle quickly left the motel parking lot, heading east on State Route 37. Unmarked agents followed the vehicle and notified marked units of the activity.

As marked units got behind the vehicle, they observed the vehicle immediately slowing down and swerving from side to side. Agents initiated a vehicle stop approximately two miles east of Fort Covington on State Route 37. As agents approached the vehicle, they asked the driver to lower the windows, and the driver complied. Agents identified themselves and asked all three subjects if they were United States Citizens. All three subjects stated they were United States Citizens.

Agents asked if they had any identification to verify their citizenship. The driver presented a U.S Passport, the front seat passenger did not have any identification card but provided his name and date of birth. The back seat passenger later identified as GOL, Mizgin provided agents with her Notice to Appear paperwork and a picture of her passport from Turkey.

Agents asked the driver where they were coming from. The driver stated she was coming from Malone after visiting her mother and was headed back to Queens, NY. Agents decided to bring all three subjects back to the Massena Border Patrol station for further investigation.

At the station, agents conducted an interview with GOL, Mizgin using a Turkish translator. GOL stated that she and the front seat passenger had crossed into the United States illegally and were staying at the motel waiting for a ride. GOL stated she had paid a smuggler in Canada, 700 Canadian to be smuggled in the U.S.